URI TORNHEIM, Appellant, v DOREEN TORNHEIM, Respondent.

Submitted December 8, 2003; decided February 19, 2004

On the Court's own motion, appeal taken from the order of the Appellate Division dismissing appellant's appeal to that Court from an order of Supreme Court granting a motion to vacate a confession of judgment entered against appellant dismissed, without costs, upon the ground that appellant is not a party aggrieved (see CPLR 5511). Motion, insofar as it seeks leave to appeal from that portion of a separate Appellate Division order that affirmed so much of Supreme Court's order and judgment as denied appellant's motion to vacate a portion of the judgment of divorce, dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal from the remainder of that Appellate Division order denied.

URI TORNHEIM, Respondent, v DOREEN TORNHEIM, Respondent. ERNEST H. HAMMER, Nonparty Appellant.

Submitted February 9, 2004; decided February 19, 2004

Appeal by Ernest Hammer dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine an action or proceeding within the meaning of the Constitution.